IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GAVIN HUNTER,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-2398
LT Case Nos. 2019-CF-2213-C
            2019-CF-2668-A

_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender,
and Victoria R. Cordero, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS and PRATT, JJ., concur.